Charles J. FORD, Plaintiff–Appellant,

v.

NEW BRITAIN TRANS. CO., City of New Britain, New Britain Police Dept, David M. Lore, Connecticut State Police Dept., State of Connecticut, Defendants–Appellees,

Emergency Medical Services Administration, Dattco, Inc, Dattco School Bus Division, Movants.

No. 05–5055–cv.

United States Court of Appeals, Second Circuit.

Sept. 6, 2007.

Charles J. Ford, New Britain, CT, pro se.

Drew S. Graham, Assistant Attorney General Hartford, CT, John A. Blazi, Law Offices of John A. Blazi Waterbury, CT, for Defendants–Appellees.

Present: Hon. ROBERT A. KATZMANN, Hon. B.D. PARKER and Hon. PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Charles J. Ford, *pro se*, appeals from the judgment of the United States District Court for the District of Connecticut (Kravitz, *J.*) dismissing his fifth amended complaint. The parties' familiarity with the facts is assumed. For the reasons stated in the District Court's order entered July 25, 2005, the judgment of the district court is **AFFIRMED.**